

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00406-CR
### No. 10-14-00407-CR

**MICHAEL EDWARD STRICKLAND,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 82nd District Court
### Falls County, Texas
### Trial Court No. 8032 and 8033

## O R D E R

Michael Edward Strickland was convicted in 2007 for the offense of indecency with a child by sexual contact. *See* TEX. PENAL CODE ANN. 21.11(a)(1) (West 2011). He is currently appealing the trial court's denial of his request for post-conviction DNA testing.

The Court electronically received and filed a reporter's record in these appeals on February 27, 2015. Upon closer inspection, the reporter's record that was filed pertains

to Strickland's original plea of guilty and his subsequent revocation proceeding in 2006 and 2007, respectively. It does not pertain to a hearing, if any, on the trial court's ruling on Strickland's request for post-conviction DNA testing.

Accordingly, the reporter's records filed on February 27, 2015 in appellate case numbers 10-14-00406-CR and 10-14-00407-CR are stricken.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Reporter's record stricken
Order issued and filed April 23, 2015

